# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ADVOCARE INTERNATIONAL, LP | § § | |
| v. | § § | Civil Action No. 4:17-CV-00194 |
| | § | Judge Mazzant |
| MODERE, INC., AMBER DELOOF, and JESSIE LEE WARD | § § § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Expedited Jurisdictional Discovery and to Continue Response Deadline to Individual Defendants' Motion to Dismiss (Dkt. #22). Defendants are hereby **ORDERED** to file an expedited response to this Motion by Thursday, August 17, 2017.

**SIGNED this 15th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE