# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ADVOCARE INTERNATIONAL, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-CV-194 |
| | § | |
| MODERE, INC., AMBER DELOOF, | § | |
| AND JESSIE LEE WARD | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

Pursuant to the Parties' Stipulation and good cause appearing therefore, it is hereby ordered that all claims and counterclaims asserted in the above-referenced action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.